IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVIS D. PAMP,

    Plaintiff,

v.                                              Civil Action No. 3:12CV855

R. DAWSON, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on February 25, 2013, the Court conditionally docketed this action. On March 15, 2013, the United States Postal Service returned the February 25, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Pamp has not contacted the Court to provide a current address. Pamp's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Pamp.

                                                           /s/ REP
                                               Robert E. Payne
Date: May 13, 2013            Senior United States District Judge
Richmond, Virginia